Arlie Wolfinbarger et al., Appellees, v. County Court of Williamson County, Illinois, and S. E. Storme, County Clerk, Respondents. County Court of Williamson County, Illinois et al., Appellants.

opinion filed June 13, 1944. Stone & Fowler, for appellants; D. L. Duty and Chas. D. Winters, for appellees. Opinion by JUSTICE STONE. Not to be published in full.

Leyden Premier Cab Company, Appellee, v. Citizens Casualty Company of New York, Appellant.

Gen. No. 42,608.

opinion filed June 16, 1944. Wyatt Jacobs and Walter A. Christopher, for appellant. Eckert & Peterson, for appellee; A. R. Peterson, Owen Rall and J. H. MacDonald, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.